# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| PATTI FORD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 7:20-cv-01568-LSC |
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court acknowledges receipt of the parties' Joint Stipulation of Dismissal (doc. 15) filed on July 7, 2021. Accordingly, Plaintiff's claims for short-term disability benefits are DISMISSED WITH PREJUDICE, and Plaintiff's claims for long-term disability benefits are DISMISSED WITHOUT PREJUDICE. Costs are taxed as paid.

**DONE** and **ORDERED** on July 9, 2021.

_____
L. Scott Coogler
United States District Judge

202892